UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:22-cr-220-APG-DJA |
| Plaintiff, | |
| LAVELL DESHON ROBERTS, | [PROPOSED] ORDER |
| Defendant. | |

Based on the pending Stipulation between the defense and the government, and good cause appearing therefore,

IT IS THEREFORE ORDERED that the Hearing re Revocation of Pretrial Release in the above-captioned matter, currently scheduled for November 4, 2024 at 10:30 a.m. in Courtroom 3D before the Hon. Elayna J. Youchah, be vacated and continued to December 10, 2024 at 10:00 a.m. in Courtroom 3D.

DATED this 31st day of October, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

3